```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 11253
   JOHN H BROWN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1626


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/08/2006 and was confirmed 04/11/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/13/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
RESURGENT CAPITAL SERVIC  UNSECURED         25131.49          .00         901.38
AMERICA SERVICING COMPAN  CURRENT MORTG         .00           .00            .00
AMERICA SERVICING COMPAN  MORTGAGE ARRE         .00           .00            .00
DAIMLER CHRYSLER FINANCI  SECURED VEHIC    14339.46        573.51        4511.82
DAIMLER CHRYSLER FINANCI  UNSECURED       NOT FILED           .00            .00
GMAC                      SECURED               .00           .00            .00
GMAC                      UNSECURED              .00           .00            .00
INTERNAL REVENUE SERVICE  PRIORITY              .00           .00            .00
CBUSA                     UNSECURED       NOT FILED           .00            .00
CERTEGY PAYMENT RECOVERY  UNSECURED       NOT FILED           .00            .00
CHASE                     UNSECURED       NOT FILED           .00            .00
CITI                      UNSECURED       NOT FILED           .00            .00
CITIFINANCIAL SVC         UNSECURED       NOT FILED           .00            .00
CITY OF ROLLING MEADOWS   UNSECURED       NOT FILED           .00            .00
DISCOVERY FINANCIAL SERV  UNSECURED       NOT FILED           .00            .00
FORD MOTOR CREDIT         UNSECURED         1165.56           .00          32.22
HOLY FAMILY MEDICAL CTR   UNSECURED       NOT FILED           .00            .00
HOME DEPOT                UNSECURED       NOT FILED           .00            .00
HOME DEPOT                UNSECURED       NOT FILED           .00            .00
HOME DEPOT                UNSECURED       NOT FILED           .00            .00
HOUSEHOLD BANK            UNSECURED       NOT FILED           .00            .00
INNOVATIVE MERC           UNSECURED       NOT FILED           .00            .00
LABOR READY               UNSECURED       NOT FILED           .00            .00
NORTHWEST COMMUNITY HOSP  UNSECURED       NOT FILED           .00            .00
PADILLA REFUGIO MI        UNSECURED       NOT FILED           .00            .00
US BANK                   UNSECURED       NOT FILED           .00            .00
VILLAGE OF MT PROSPECT    UNSECURED       NOT FILED           .00            .00
WELLS FARGO FINANCIAL IL  UNSECURED         1197.67           .00          33.11
AMERICAS SERVICING COMPA  NOTICE ONLY    NOT FILED           .00            .00
COOK COUNTY TREASURER     SECURED           2460.81           .00         710.84
INTERNAL REVENUE SERVICE  PRIORITY          1658.57           .00        1658.57
INTERNAL REVENUE SERVICE  UNSECURED              .00           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 11253 JOHN H BROWN
```

```
VICTORIA DRAIN            PRIORITY        2225.00              .00        2225.00
VICTORIA DRAIN            UNSECURED      10050.00              .00         414.97
HOME DEPOT                UNSECURED     NOT FILED              .00            .00
DAVID M SIEGEL            DEBTOR ATTY     2,624.00                       2,624.00
TOM VAUGHN                TRUSTEE                                          916.99
DEBTOR REFUND             REFUND                                             2.59

       Summary of Receipts and Disbursements:
    ---------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
    ---------------------------------------------------------------------------
TRUSTEE                   14,605.00

PRIORITY                                              3,883.57
SECURED                                               5,222.66
    INTEREST                                            573.51
UNSECURED                                             1,381.68
ADMINISTRATIVE                                        2,624.00
TRUSTEE COMPENSATION                                    916.99
DEBTOR REFUND                                             2.59
                        ---------------         ---------------
TOTALS                    14,605.00                  14,605.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 09/11/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE